IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNIE PHILLIPS,

        Plaintiff,                    No. CIV S-02-1296 GEB JFM P

    vs.

CHERYL K. PLILER, et al.,

        Defendants.              <u>ORDER</u>

                               /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for jury trial before the Honorable Garland E. Burrell, Jr. on August 15, 2006. On July 17, 2006, this court issued a writ of habeas corpus ad testificandum for the attendance of plaintiff's witness, inmate Nhia Yang, at trial. On July 26, 2006, the court received a letter from inmate Yang requesting that he not be called as a witness at the trial of this matter. Counsel for defendants has received a copy of the letter through the court's electronic filing system.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Counsel for defendants shall forthwith send a copy of inmate Yang's letter and this order to plaintiff at California State Prison-Sacramento by facsimile and shall take all steps necessary to ensure plaintiff's receipt of said facsimile;

1

      2.  On Wednesday, August 9, 2006, at 10:00 a.m. the parties shall place a conference call to the chambers of the undersigned to advise the court of their respective positions concerning whether or not the writ of habeas corpus ad testificandum to inmate Nhia Yang should be vacated; and

      3.  The Clerk of the Court is directed to serve a copy of this order on plaintiff at his address of record and at California State Prison-Sacramento, P.O. Box 290002, Represa, California 95671-0002.

DATED:  August 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
phil1296.o