```
                   IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


DONNIE PHILLIPS,                   )
                                   )    2:02-cv-1296-GEB-JFM-P
             Plaintiff,            )
                                   )    TRANSMISSION TO PARTIES
        v.                         )    OF TRIAL DOCUMENTS
                                   )
TED SANCHEZ,                       )
                                   )
             Defendant.¹           )
                                   )
```

       The jury trial in this case commences at 9:00 a.m. on
August 15, 2006.  Appended to this Order are tentative jury
/////
/////
/////
/////
/////
/////
/////
/////
/////

---

[1] The caption has been changed in accordance with the Order filed March 26, 2004.

instructions,[2] voir dire, and a verdict form.

Dated:  August 7, 2006

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

---

[2]  Since the parties stipulated at the Trial Confirmation Hearing held on January 13, 2006, that Defendant acted under color of state law, that element has been omitted from closing instruction number six.  Further, no qualified immunity instruction has been included since Defendant failed to include it in his Pretrial Statement or the Pretrial Order.  See Hotel Emp., et al. Health Tr. v. Elks Lodge 1450, 827 F.2d 1324, 1329 (9th Cir. 1987) ("Issues not preserved in the pretrial order are eliminated from the action.").