IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNIE PHILLIPS,

    Plaintiff,                    No. CIV S-02-1296 GEB JFM P

    vs.

CHERYL K. PLILER, et al.,

    Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 14, 2002. By order filed July 26, 2002, plaintiff was granted leave to proceed in forma pauperis in accordance with the provisions of 28 U.S.C. § 1915(b)(1) and (2). Judgment was entered on August 16, 2006 pursuant to a jury verdict in favor of defendants. On August 24, 2006, plaintiff filed a notice of appeal from the judgment. On January 18, 2007, plaintiff's appeal was dismissed for failure to prosecute.

        On July 30, 2008, plaintiff filed a document styled "'Misappropriated Filing Fees' Request for Corrections." By that document, plaintiff requests clarification of the total amount of charges incurred in filing fees for this action. Plaintiff is informed that the filing fee for the commencement of this action was $150.00, and the filing fee for his appeal from the judgment

/////

1

1 | was $455.00, for a total of $605.00. As of August 5, 2008, a total of $77.51 had been paid
2 | toward that total, leaving a balance owed of $527.49.
3 |                 IT IS SO ORDERED.
4 | DATED: August 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
phil1296.o